UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL TEKLEMARIAM HAGOS ,

                Petitioner,

   v.

STATE OF WASHINGTON,

                Respondent.

Case No. 2:19-cv-1231-RSL-MLP

REPORT AND RECOMMENDATION

      Petitioner Daniel Teklemariam Hagos, who is currently incarcerated at the King County Jail in Seattle, Washington, has filed a corrected application to proceed *in forma pauperis* ("IFP") and a proposed petition for writ of habeas corpus under 28 U.S.C. § 2241. (Dkt. ## 6, 1-1.) Although Petitioner's IFP application states that he has no funds, his prison trust account statement shows that he has consistently had over $100 in his account since July 30, 2019. (Dkt. # 6-1.) While the Court recognizes that Petitioner's funds may not be great, it is not unreasonable to expect Petitioner to pay the minimal filing fee required to proceed with this action ($5.00) given the fact that his basic needs are provided for while he is detained.

REPORT AND RECOMMENDATION - 1

1  Accordingly, the Court recommends that Petitioner's application to proceed IFP (dkt. # 6) be DENIED, and that he be directed to pay the $5.00 filing fee to proceed with this action. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **Wednesday, September 18, 2019**. Objections, and any response, shall not exceed twelve pages. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar **fourteen (14)** days after they are served and filed. Responses to objections, if any, shall be filed no later than **fourteen (14)** days after service and filing of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on the date objections were due.

The Clerk is directed to send copies of this Report and Recommendation to the parties and to the Honorable Robert S. Lasnik.

Dated this 28th day of August, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2