UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL TEKLEMARIAM HAGOS ,

                     Petitioner,

   v.

STATE OF WASHINGTON,

                     Respondent.

Case No. 2:19-cv-1231-RSL-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, petitioner's motion for appointment of counsel, his September 5, 2019, submission, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Petitioner's application to proceed *in forma pauperis* (Dkt. # 6) is DENIED.

    (3)    To proceed with this action, Petitioner must pay the $5.00 filing fee **within 30 days** of the date of this Order. If Petitioner fails to timely pay the filing fee, this action will be dismissed without prejudice pursuant to 28 U.S.C. § 1914.

ORDER - 1

1      (4)    This matter is RE-REFERRED to Judge Peterson for further proceedings,

2 including consideration of petitioner's motion for appointment of counsel and other submissions,

3 when and if the $5.00 filing fee is paid.

4      (5)    The Clerk is directed to send copies of this Order to Petitioner and to Judge

5 Peterson.

6     Dated this 25th day of September, 2019.

7

8

9 ROBERT S. LASNIK
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2